**Samuel W.B. MILLINGHAUSEN, III, Appellant**

v.

**Karen M. DRAKE, Joy A. Capka, Maryann Direnzo, Robert L. Hyslop, Jr., Theresa M. Hyslop, John Does 1–4, and XYZ CORP., Appellees.**

Supreme Court of Pennsylvania.

Argued Sept. 10, 2015.

Resubmitted Jan. 20, 2016.

Decided April 25, 2016.

Samuel W.B. Millinghausen III, Law Offices of Samuel W.B. Millinghausen III, pro se.

Thomas J. Wagner, Amy Lynn Wynkoop, Law Offices of Thomas J. Wagner, L.L.C., Philadelphia, for Karen M. Drake, Joy A. Capka, et al., Appellees.

### ORDER

PER CURIAM.

**AND NOW,** this 25th day of April, 2016, this appeal is dismissed as having been improvidently granted.

Justice WECHT dissents.

■

**Horatio M. NIMLEY, Appellant**

v.

**PENNSYLVANIA DEPARTMENT OF CORRECTIONS ("DOC"), Appellees.**

Supreme Court of Pennsylvania.

April 25, 2016.

### ORDER

PER CURIAM.

**AND NOW,** this 25th day of April, 2016, the order of the Commonwealth Court is **AFFIRMED.**